NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWARD JOHN, individually, and GARY )
FERNALD as administrator ad litem of the )
estate of VINESHIA JOHN a/k/a VINISHIA )
MALCOLM a/k/a GOILENE DAVIS, )
deceased, )
)
          Appellants, )
)
v. )          Case No. 2D17-3023
)
SCOTT PLANTZ, M.D., )
)
          Appellee. )
_____ )

Opinion filed November 14, 2018.

Appeal from the Circuit Court for Pinellas
County; Patricia A. Muscarella, Judge.

Stuart C. Markman, Robert W. Ritsch, and
Kristin A. Norse of Kynes, Markman &
Felman, P.A., Tampa, for Appellants.

Barry A. Cohen of Barry A. Cohen, P.A.,
Tampa; Ann M. Allison of the Allison Law
Group, Temple Terrace; and Luke Charles
Lirot of Luke Charles Lirot, P.A., Clearwater,
for Appellee.


PER CURIAM.


        Affirmed.

LaROSE, C.J., and BLACK and BADALAMENTI, JJ., Concur.